WILLIS F. SAGE v. TOWNSHIP OF BERNARDS.

THEODORE Z. LORENC v. TOWNSHIP OF BERNARDS.

April 10, 1984.

Petition for certification denied.

MICHAEL EDWARDS v. JAMES E. STERNBERG.

April 10, 1984.

Petition for certification denied.

MARY T. COMEFORD v. FLAGSHIP FURNITURE
CLEARANCE CENTER.

April 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CONSTANCE KERR.

April 10, 1984.

Petition for certification denied.